**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMELIA GOVEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        vs.<br><br>SUPPORT PETS LLC, a Florida Company,<br><br>    Defendant. | Case No. 1:26-cv-04226<br><br><br>**NOTICE OF MOTION TO COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that based on the Memorandum of Law in Support of this Motion to Compel Arbitration, the Declaration of Nicole Hemark and the exhibit(s) annexed thereto, and all other docket entries in this action, Defendant Support Pets, LLC ("Support Pets") will move this Court before the Honorable Analisa Torres at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order compelling Plaintiff Amelia Goven to submit any claims asserted against Support Pets to binding arbitration, and to dismiss without prejudice or otherwise stay those claims pending the conclusion of such arbitration.

Amelia Goven entered into a valid agreement with Support Pets which includes a mandatory arbitration agreement and corresponding class action waiver.  The Court should compel Plaintiff to bring any dispute against Support Pets at arbitration as required by the Terms to which she agreed, and dismiss without prejudice her claims or otherwise stay this dispute pending the conclusion of the arbitration.

Dated: New York, NY
       July 10, 2026

Respectfully submitted,

**KLEIN MOYNIHAN TURCO LLP**

By: */s/ Neil E. Asnen*
    Neil E. Asnen
    450 7th Avenue – 40th Floor
    New York, NY 10123
    (212) 246-0900
    nasnen@kleinmoynihan.com

*Attorneys for Support Pets, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Neil E. Asnen*
Neil E. Asnen