**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMELIA GOVEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SUPPORT PETS LLC, a Florida Company,<br><br>    Defendant. | Case No. 1:26-cv-04226 |

**DECLARATION OF NICOLE HEDMARK**

Pursuant to 28 U.S.C. § 1746, I, Nicole Hedmark, declare as follows:

1.      I am the Vice President of Operations for Support Pets, LLC ("Support Pets").  I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called upon to testify to those facts I could and would competently do so.

2.      Support Pets is a limited liability company organized pursuant to the laws of the State of Florida.  It has a principal place of business at 78 SW 7th Street, Suite 8142, Miami, FL 33130.

3.      As part of Support Pets' ordinary business operations, it operates a website, www.supportpets.com.  Among other services provided by Support Pets, www.supportpets.com allows persons to complete an optional online questionnaire designed to facilitate eligibility determinations regarding whether an emotional support animal is appropriate for the individual's mental or emotional well-being, purchase identification gear, apparel, or accessories, and obtain education material related to pet care.

4.      Support Pets keeps and maintains in the ordinary course of its business operations the records related to user interactions with www.supportpets.com in its database, which are

automatically generated by computer systems at the time of the event or occurrence to which the records relate, including the generation and assignment device-level identifiers and session-level identifiers.

5.      We were able to research the information stored in our database with respect to Plaintiff Amelia Goven's visits to www.supportpets.com, her submission of information in connection with completing the website's questionnaire, making a purchase on the website, and agreeing to the website's terms and conditions.

6.      Based on the information in the database, Support Pets' database recorded that on April 13, 2026, Goven completed the questionnaire on the website.  In connection with the completion of that questionnaire, Support Pets' database recorded that Goven submitted an email address to a form field while being presented with a disclosure that indicated agreement to the website terms, as represented by the following screenshot:



7.      Support Pets' database recorded that approximately 30 minutes after Govan submitted an email address to the foregoing webpage, she returned to the website and completed a purchase.  In connection with the completion of that purchase she again submitted personally identifying information.

8.      Support Pets database further recorded that on April 14, 2026, Govan once again returned to the website after clicking on a hyperlink contained in an email sent to the email address submitted as part of the interaction described in paragraph 7.  As part of the April 14, 2026 visit to the website, Govan submitted a phone number and email address to the form fields on the website while being presented with disclosures indicating agreement to the website Terms, as represented by the following screenshots:





9. Only by pressing the "Next" button can Support Pets's database record that a user has checked the unchecked box at the time that they are presented with the disclosure in the foregoing screenshot.

10. Clicking on the underlined Terms hyperlink included in the disclosure opens up a new window or tab containing the website's Terms and Conditions. In other words, a user who clicked on that hyperlink would have retrieved the Terms and Conditions document.

11. Among the terms included in the Website Terms and Conditions is a mandatory arbitration agreement. A true and accurate copy of the relevant portion of the Terms and Conditions containing the arbitration agreement is produced below, and annexed hereto as Exhibit A.

12. Support Pets has no record of receiving any written notice from Amelia Goven

opting out of the dispute resolution provisions containing the arbitration agreement provided for in the Terms and Conditions

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Miami, Florida on July 10, 2026

*Nicole Hedmark*

NICOLE HEDMARK