SUPPORT PETS
Don't Leave Them Behind™

What is an ESA? ▾    Who Qualifies? ▾    ESA Laws ▾    Prices    **Qualify Instantly Now!**

# Terms & Conditions

Welcome to the supportpets.com website and our Terms and Conditions. Supportpets.com is owned by Support Pets LLC, ("Us" or "Our" or "We") and we thank You for visiting.

These Terms of Use ("Terms") are a legal contract between You and Us (collectively, "Everyone") and govern Your use of all the text, data, information, software, graphics, photographs and more (all of which We refer to as "Materials") that We and Our affiliates may make available to You, as well as any services ("Services") We may provide through any of Our websites (all of which are referred to in these Terms as this "Website"). Read these terms carefully before browsing this website. By accessing this website, we assume you accept these terms and conditions in full and that you are over the age of 18. Do not continue to use Support Pets's website if you do not accept all of the terms and conditions stated on this page or you are not of legal age. Please review the company's privacy policy to see how personal information is handled.

Note: these terms contain a dispute resolution and arbitration provision, including class action waiver that affects your rights under these terms and with respect to disputes you may have with the company. you may opt out of the binding individual arbitration and class action waiver as provided below.

These terms and conditions outline the rules and regulations for the use of Support Pets's Website.

The following terminology applies to these Terms and Conditions, Privacy Statement and Disclaimer Notice and any or all Agreements: "Client", "You" and "Your" refers to you, the person accessing this website and accepting the Company's terms and conditions. "The Company", "Ourselves", "We", "Our" and "Us", refers to our Company. "Party", "Parties", or "Us", refers to both the Client and ourselves, or either the Client or ourselves. All terms refer to the offer, acceptance and consideration of payment necessary to undertake the process of our assistance to the Client in the most appropriate manner, whether by formal meetings of a fixed duration, or any other means, for the express purpose of meeting the Client's needs in respect of provision of the Company's stated services/products, in accordance with and subject to, prevailing law of United States. Any use of the above terminology or other words in the singular, plural, capitalization and/or he/she or they, are taken as interchangeable and therefore as referring to same.

By opting in to receive messages from Support Pets (e.g., via short code **215743**), you consent to receive automated text messages, which may include account updates, verification alerts, and messages about products or services, at the mobile number you provided. Consent is not a condition of purchase. Message frequency may vary. Message and data rates may apply.

You may opt out at any time by replying **STOP to 215743**. For help, reply **HELP to 215743** or email us at info@supportpets.com.

Message delivery is subject to carrier availability. Carriers are not liable for delayed or undelivered messages. The rules and disclosures provided in this SMS consent notice are additional to, and work in conjunction with, the broader legal terms laid out in the company's main Terms & Conditions and Privacy Policy.

"Official ESA®" is a registered trademark of Support Pets for branding purposes, which does not imply any endorsement, approval, or necessity by any government entity; nor are the company's products or services required by law or affiliated with any government entity. Under current applicable federal law, regulations, and guidance, pets legally qualify as emotional support animals (ESA) only for persons who have an impairment substantially limiting one or more major life activities and who need an ESA for their disability (not including impairments due to the current illegal use of drugs). For purposes of reasonable accommodations in terms of housing, waivers of no-pet policies and pet fees are only legally required for individuals who have qualifying disabilities. Many states, including Pennsylvania and others, make it a criminal offense punishable by significant fines to falsely or fraudulent misrepresent the need for a service or emotional support animal in connection with seeking reasonable accommodations in terms of housing.

## Changes

We may alter the Materials and Services We offer You and/or choose to modify, suspend or discontinue this Website at any time and without notifying You. We may also change, update, add or remove provisions (collectively, "modifications") of these Terms from time to time. If You object to any such modifications, Your only remedy is to cease using this Website. Continued use of this Website following notice of any such modifications indicates You acknowledge and agree to be bound by the modifications. Also, please know that these Terms may be replaced by legal notices or terms located on particular pages of this Website, as it may state in those notices or terms. These legal notices or terms are incorporated into these Terms and replace the provision(s) of these Terms that are stated as being replaced. Most recently terms updates include that services are no longer available to residents of CA

# Disclaimer of Warranties

This website is provided "as is" and "with all faults" and the entire risk as to the quality and performance of this website is with you. We expressly disclaim all warranties of any kind (express, implied or statutory) with respect to this website, which includes but is not limited to, any implied or statutory warranties of merchantability, fitness for a particular use or purpose, title, non-infringement of intellectual property rights, and accuracy or timeliness of the information provided. This means that we do not promise you that the website is free of problems. Without limiting what we just stated, We make no warranty that this Website will meet Your requirements or that this Website will be uninterrupted, timely, secure, or error free or that defects in this Website will be corrected. We make no warranty as to any results that come from the use of this Website or as to the accuracy or reliability of any information obtained through this Website. No advice or information, whether oral or written, obtained by You through this Website or from Us or Our subsidiaries/other affiliated companies shall create any warranty. We disclaim all equitable indemnities.

While there may be information contained within the website or services related to certain medical conditions and/or their treatment, should a medical condition exist, consult with your own physician or health care professional. The content available through the website, is for informational and educational purposes only and is not a substitute for medical judgment, advice, diagnosis, or treatment of any health condition or problem. you should not rely on information contained via the website for diagnosing, treating, curing, preventing, managing or otherwise addressing health problems unless direct engagement of a licensed health professional is established. questions should be addressed to a physician or other health care professional. we do not, through the website or otherwise, provide medical advice, medical prescriptions, treatments or diagnostic services. your doctor or other health care professional, as a learned intermediary, is in the best position to assess, and provide information, about your medical condition and any treatment options. use of the website or services does not in and of itself create an express or implied physician-patient relationship. in using the website or services, you agree that we are not, or will not be, liable or otherwise responsible for any decision made or any action taken or any action not taken due to your use of the website or services.

## Limitation of Liability

We will not be liable to you for any damages resulting from your displaying, copying, using, or downloading any materials to or from this website. to the maximum extent permitted by applicable law, in no event will we be liable to you for any indirect, extraordinary, exemplary, punitive, special, incidental, or consequential damages (including loss of data, revenue, profits, use or other economic advantage) however arising, even if we know there is a possibility of such damage.

## Local Laws and Export Control

We control and operate this Website from Our headquarters in the United States of America and this Website may not be appropriate or available for use in other locations. If You use this Website outside the United States of America, You are solely responsible for following applicable local laws.

## Feedback

Any submissions by You to Us (e.g., comments, questions, suggestions, materials – collectively, "Feedback") no matter how submitted, (e.g., call, fax, email) will be treated as both non-confidential and non-proprietary. You hereby assign all right, title, and interest in, and We are free to use, without any attribution or compensation to You, any ideas, know-how, concepts, techniques, or other intellectual property and proprietary rights contained in the Feedback, whether or not patentable, for any purpose whatsoever, including but not limited to, developing, manufacturing, having manufactured, licensing, marketing, and selling, directly or indirectly, products and services using such Feedback. You understand and agree that We are not obligated to use, display, reproduce, or distribute any such ideas, know-how, concepts, or techniques contained in the Feedback, and You have no right to compel such use, display, reproduction, or distribution.

# California Terms and Disclosures (Applies Only to California Residents) – Updated 12/10/2025

*(These terms supersede any conflicting provisions elsewhere in this Agreement.)*

## 1. Emotional Support Animal Requirements (AB 468 Compliance)

For California residents, any Emotional Support Animal (ESA) or Psychiatric Service Dog (PSD) documentation facilitated through Support Pets follows **California Health & Safety Code § 122318**, including:

- Documentation is issued **only** by a **California health care practitioner with an active and valid license** acting within their scope of their license in the

jurisdiction.

- The health care practitioner has established a **therapeutic relationship of at least 30 days** before issuing documentation to any documentation recipient
- The health care practitioner shall complete a clinical evaluation of the potential documentation recipient regarding the need for an ESA or PSD.
- Each ESA/PSD letter contains the health care practitioner's:
- Full name
- License number
- License type
- License issuing jurisdiction
- License issuance date
- **Consumers are notified that knowingly and fraudulently misrepresenting themselves as the owner or trainer of a canine licensed to be a guide, signal, service dog is a misdemeanor violation of Penal Code § 365.7.**

- **ESA documentation is not a government certification and does not grant ADA public-access rights.**
- **ESA-branded tags, vests, or ID cards are for convenience only and do not grant legal status.**
- **ESA documentation, certificates, ID cards, tags, vests, leashes, and harnesses do not entitle an ESA to the rights and privileges accorded by law to a guide, signal, or service dog.**

# 2. Automatic Renewal and Subscriptions (California ARL Compliance)

Under California's Automatic Renewal Law (**Bus. & Prof. Code § 17600 et seq.**):

## Clear Disclosure Before Purchase

We display:

- Price and billing frequency
- Renewal terms
- The fact that charges recur automatically until canceled
- How to cancel

## Affirmative Consent Required

Enrollment requires checking an **unchecked** box or taking a similar deliberate action.

## Post-Purchase Acknowledgment

After enrollment, we send a confirmation email with renewal terms and cancellation options.

## Easy Cancellation for California Residents

You may cancel **anytime, 24/7**, via:

- Emailing **support@supportpets.com**
- **Calling (855) 700-PETS**
- Within your Support Pets Account → Manage Your Subscription → Cancel Membership

Cancellations apply to **future** billing periods only. No prorated refunds unless required by law.

## Renewal & Trial Notices

- Annual plans: Notice sent **3–45 days** before renewal
- Trials: Notice sent before trial ends. The plan continues only if you actively choose to keep it.

# 3. California Consumer Affairs Notice (Cal. Civ. Code § 1789.3)

Under California Civil Code Section 1789.3, California users of an electronic commercial service receive the following consumer rights notice:

Questions or complaints may be directed to:

**Support Pets LLC**
78 SW 7th Street Ste 8142
Miami, FL 33130

Email: **privacy@supportpets.com**
Phone: **(855) 700-PETS**

California residents may also contact:

**California Department of Consumer Affairs** 1625 North Market Blvd, Sacramento, CA 95834 Phone: **(800) 952-5210**

# 4. Arbitration and Venue Rights for California Consumers

- California residents may bring qualifying matters in **small-claims court** in their county.
- Arbitration applies only to the extent consistent with **non-waivable CA consumer-protection laws**

# 5. No Retaliation Statement

Support Pets will not deny goods or services, charge different prices, or impose penalties because you exercise any rights under California law (including CPRA or ARL requests).

# 6. Refunds, Cancellations & Returns (California § 1723 Compliance)

If California law grants additional refund or cancellation rights beyond our standard policy, **California law controls**.

## Digital ESA/PSD Services

- If a health care practitioner **denies** your evaluation: **100% refund.**
- Once documentation is approved and issued: non-refundable unless required by law.

## Subscriptions (SP+)

- Renews monthly until canceled.
- Cancellation stops future billing only.
- No prorated refunds unless legally mandated.

## Physical Goods

- Unused items: return within **30 days** for a full refund.
- Customized items (tags, certificates, printed materials): non-refundable unless defective.
- Customer pays return shipping unless the product was defective or incorrect.

# End of California Terms and Disclosures

# Governing Law

The law of the state of Florida shall govern all questions concerning the construction, validity, interpretation and enforceability of any disputes brought against us, without giving effect to any choice of law or conflict of law rules or provisions (whether of the state of Florida or any other jurisdiction) that would cause the application of the laws of any jurisdiction other than the state of Florida.

# Dispute Resolution and Arbitration; Class Action Waiver

Please Read This Provision Carefully. It Affects Your Legal Rights.

This Provision allows us to promptly and efficiently resolve any dispute (e.g., claim or controversy, whether based in contract, statute, regulation, ordinance, tort – including, but not limited to, fraud, misrepresentation, fraudulent inducement, or negligence – or any other legal or equitable theory, and includes the validity, enforceability or scope of this Provision (with the exception of the enforceability of the Class Action Waiver clause below) that may arise between You and Us. Effectively, then, "dispute" is given the broadest meaning enforceable by law and includes any claims against other parties relating to services or products provided or billed to You (such as Our licensors, suppliers, dealers or third-party vendors) whenever You also assert claims against Us in the same proceeding.

This Provision provides that all disputes between You and Us shall be resolved by binding arbitration because acceptance of these Terms constitutes a waiver of Your right to litigation claims and all opportunity to be heard by a judge or jury. We prefer this because We believe arbitration is less drama-filled than litigation. To be clear, there is no judge or jury in arbitration, and court review of an arbitration award is limited. The arbitrator must follow this agreement and can award the same damages and relief as a court (including attorney's fees). You may, however, opt-out of this Provision which means You would have a right or opportunity to bring claims in a court, before a judge or jury, and/or to participate in or be represented in a case filed in court by others (including, but not limited to, class actions). Everyone agrees that, except as provided below, any and all disputes, as defined above, whether presently in existence or based on acts or omissions in the past or in the future, will be resolved exclusively and finally by binding arbitration rather than in court in accordance with this provision.

## Pre-Arbitration Claim Resolution

For all Disputes, whether pursued in court or arbitration, You must first give Us an opportunity to resolve the Dispute which is first done by emailing Us at info@supportpets.com the following information: (1)Your name, (2) Your address, (3) A written description of Your Claim, and (4) A description of the specific relief You seek. If We do not resolve the Dispute within 45 days after receiving Your notification, then You may pursue Your Dispute in arbitration. You may pursue Your dispute in a court only under the circumstances described below.

## Exclusions from Arbitration/Right to Opt Out

Notwithstanding the above, You or We may choose to pursue a Dispute in court and not by arbitration if: (a) The dispute qualifies for initiation in small claims court; or (b) YOU OPT-OUT OF THESE ARBITRATION PROCEDURES WITHIN 30 DAYS FROM THE DATE THAT YOU FIRST CONSENT TO THIS AGREEMENT (the "Opt-Out Deadline"). You may opt-out of this Provision by emailing Us at info@supportpets.com the following information: (1) Your name; (2) Your address; (3) A clear statement that You do not wish to resolve disputes with Us through arbitration. We promise that Your decision to opt-out of this Arbitration Provision will not negatively affect Your relationship with Us. But, We do have to enforce the Opt-Out Deadline, so keep in mind that any opt-out request received after the Opt-Out Deadline will not be valid and You must pursue Your dispute in arbitration or small claims court.

## Arbitration Procedures

If this Provision applies and the dispute is not resolved as provided above (Pre-Arbitration Claim Resolution) either You or We may initiate arbitration proceedings. The American Arbitration Association ("AAA"), www.adr.org, will arbitrate all disputes, and the arbitration will be conducted before a single arbitrator. The arbitration shall be commenced as an individual arbitration, and shall in no event be commenced as a class arbitration. All issues shall be for the arbitrator to decide, including the scope of this Provision.

For arbitration before AAA, for Disputes of less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes will apply; for Disputes involving $75,000 or more, the AAA's Commercial Arbitration Rules will apply. In either instance, the AAA's Optional Rules For Emergency Measures Of Protection shall apply. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. This Provision governs in the event it conflicts with the applicable arbitration rules. Under no circumstances will class action procedures or rules apply to the arbitration.

Because this Website and these Terms concern interstate commerce, the Federal Arbitration Act ("FAA") governs the arbitrability of all disputes. However, the arbitrator will apply applicable substantive law consistent with the FAA and the applicable statute of limitations or condition precedent to suit.

**Arbitration Award** – The arbitrator may award on an individual basis any relief that would be available pursuant to applicable law, and will not have the power to award relief to, against or for the benefit of any person who is not a party to the proceeding. The arbitrator will make any award in writing but need not provide a statement of reasons unless requested by a party. Such award will be final and binding on the parties, except for any right of appeal provided by the FAA, and may be entered in any court having jurisdiction over the parties for purposes of enforcement.

**Location of Arbitration** – You may only initiate arbitration in the state of Florida. We or Us have the right to initiate arbitration in the state of Florida or we may use the federal judicial district that includes Your billing address.

**Payment of Arbitration Fees and Costs** – So long as You place a request in writing prior to commencement of the arbitration, We will pay all arbitration fees and associated costs and expenses. But, You will still be responsible for all additional fees and costs that You incur in the arbitration which include but are not limited to attorneys' fees or expert witnesses. In addition to any fees and costs recoverable under applicable law, if You provide notice and negotiate in good faith with Us as provided in the section above titled "Pre-Arbitration Claim Resolution" and the arbitrator concludes that You are the prevailing party in the arbitration, You will be entitled to recover no more than 50% of reasonable attorney's fees and costs as determined by the arbitrator.

# Class Action Waiver

Except as otherwise provided in this Provision, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a class or representative proceeding or claims (such as a class action, consolidated action or private attorney general action) unless both You and We specifically agree to do so following initiation of the arbitration. If You choose to pursue Your Dispute in court by opting out of the Arbitration Provision, as specified above, this Class Action Waiver will not apply to You. Neither You, nor any other user of this Website can be a class representative, class member, or otherwise participate in a class, consolidated, or representative proceeding without having complied with the opt-out requirements above.

# Jury Waiver

You understand and agree that by accepting this Provision in these Terms, You and We are each waiving the right to a jury trial or a trial before a judge in a public court. In the absence of this Provision, You and We might otherwise have had a right or opportunity to bring disputes in a court, before a judge or jury, and/or to participate or be represented in a case filed in court by others (including class actions). Except as otherwise provided below, those rights are waived. Other rights that You would have if You went to court (e.g.,, the rights to both appeal and certain types of discovery) may be more limited or may also be waived.

# Severability

If any clause within this Provision (other than the Class Action Waiver clause above) is found to be illegal or unenforceable, that clause will not apply, but all enforceable provisions will remain valid. If the Class Action Waiver clause is found to be illegal or unenforceable, this entire Provision will be unenforceable and the dispute will be decided by a court.

# Continuation

This Provision shall survive the termination of Your account with Us or Our affiliates and Your discontinued use of this Website. Notwithstanding any provision in this Agreement to the contrary, We agree that if We make any change to this Provision (other than a change to the Notice Address), You may reject any such change and require Us to adhere to the language in this Provision if a dispute between Us arises.

# General

We think direct communication resolves most issues – if We feel that You are not complying with these Terms, We will tell You. We will even provide You with recommended necessary corrective action(s) because We value this relationship.

However, certain violations of these Terms, as determined by Us, may require immediate termination of Your access to this Website without prior notice to You. The Federal Arbitration Act, Florida state law and applicable U.S. federal law, without regard to the choice or conflicts of law provisions, will govern these Terms. Foreign laws do not apply. Except for disputes subject to arbitration as described above, any disputes relating to these Terms or this Website will be heard in the courts located in Miami Dade County, Florida. If any of these Terms are deemed inconsistent with applicable law, then such term(s) shall be interpreted to reflect the intentions of the parties, and no other terms will be modified. By choosing not to enforced any of these Terms, We are not waiving Our rights. These Terms are the entire agreement between You and Us and, therefore, supersede all prior or contemporaneous negotiations, discussions or agreements between Everyone about this Website. The proprietary rights, disclaimer of warranties, representations made by You, indemnities, limitations of liability and general provisions shall survive any termination of these Terms.

# Contact

If You have any questions about these Terms or otherwise need to contact Us for any reason, You can reach Us at info@supportpets.com or Support Pets LLC, 78 SW 7th Street Ste 8142, Miami, FL 33130 or by phone at (855) 700-PETS.

Support Pets is committed to the accessibility of its electronic and information technologies for individuals with disabilities by meeting the requirements of Section 508 of the Rehabilitation Act. Section 508 requires that individuals with disabilities have access to and use of information and data that is comparable to those who are not individuals with disabilities, unless an undue burden would be imposed on us. More information of Section 508 can be found at American Disability Act Standards, as part of the development process and ongoing website maintenance, Support Pets's team tests the site using assistive technologies, including screen readers, screen magnifiers, speech recognition software and text-only browsers. Support Pets's team uses tools, such as the W3C HTML. Validator, WAVE by WebAIM and the Color Contrast Analyzer, to ensure the best experience possible for all visitors.

Should you have any feedback or concerns related to the accessibility of this webpage and resources contained within it, please contact us via email at info@supportpets.com. If applicable, please include the web address, brief description of the issue encountered and your contact information.

## Warranties, Advice or Legal Claims

Support Pets provides access or referrals to independent doctors and licensed therapists. Support Pets does not provide legal advice, medical advice, diagnosis or treatment. The Website Content is for educational and informational purposes and it does not provide medical or psychological advice, diagnosis, opinion, treatment or guarantees. We are not a medical clinic, law firm or a substitute for an attorney or mental health professional.

## The Support Pets Access Guarantee

The Support Pets Access Guarantee  (Also referred to as "The Pet Access Guarantee" or "The Red Carpet Guarantee", hereafter referred to as "The Guarantee") is an agreement between Support Pets and you, such that Support Pets will provide a partial refund for the price of the digital Emotional Support Animal (ESA) approval or renewal documents ("The Documents") in the case that a "qualified access denial" occurs during the duration of your guarantee coverage.

Coverage begins the later of: (1) 48 hours after The Guarantee is purchased, or (2) when you access The Documents for the first time. Coverage ends at 11:59pm Eastern Time one year after The Guarantee is purchased.

A "qualified access denial" refers to an event in which your "official approved animal" is denied access to a location such as: store, restaurant, hotel, taxi, rideshare, or other public transportation (not including airplanes and interstate trains or bus services).

The following exclusions apply to The Guarantee: The Guarantee is non-refundable. When the event location has a clearly-posted sign indicating that only service dogs are permitted on the premises at the time of the event, or when the "official approved animal" is behaving in an inappropriate, aggressive, threatening, or disruptive manner at the time of the event, the event is not considered a "qualified access denial". Only events that take place within the continental United States are eligible to be considered "qualified access denial" events.

The Guarantee does not cover the purchase price of The Guarantee or any additional items purchased with The Documents, such as certificates or physical documents that were mailed to you or any other physical or digital items purchased. The Guarantee only covers refunds for the purchase price of digital documents. When the guarantee is purchased at a discount or at no cost, the refund amount may be reduced by the difference between the amount paid for The Guarantee and the undiscounted price of The Guarantee, in order to cover the cost of The Guarantee.

# Support Pets Plus Membership Terms

## Enrollment & Billing

Support Pets Plus is a subscription membership program that renews automatically each month unless canceled. Current pricing is displayed at checkout prior to enrollment and is subject to change with advance notice. By enrolling, you authorize us to charge your selected payment method each month unless and until you cancel. You can cancel anytime through your account settings or by contacting our customer support team. Cancellations take effect at the end of the current billing cycle; your membership benefits remain active until then. No prorated refunds are provided.

## Initiation Fee

A one-time initiation fee may apply at the time of enrollment. This fee will be clearly disclosed at checkout before your purchase is completed. This charge is nonrefundable once your membership begins.

# Membership Benefits

Support Pets Plus includes access to premium services designed to enhance your pet support experience. The specific features available may vary.

We reserve the right to modify or discontinue Support Pets Plus benefits, pricing, or features. If changes materially impact your membership, we will notify you in advance via email or through your account dashboard. Continued use of your membership after such notice constitutes acceptance of the updated terms.

# Eligibility & Restrictions

Support Pets Plus is intended for individual use by customers maintaining an active account in good standing. We reserve the right to suspend or revoke membership access if we determine, in our reasonable discretion, that a member has engaged in abuse, misuse, fraudulent activity, payment issues, or violations of these or our broader Terms and Conditions.

We may also take action if a member's conduct materially interferes with our services, operations, or community standards. In appropriate cases, we may provide notice and an opportunity to remedy the issue before termination.

# Automatic Renewal Agreement

By selecting the checkbox for "EZ Renewal" or "Auto Renewal", you agree to the following: Auto Renewal terms.

**Please note:** Emotional Support Animal (ESA) documents can only be valid for up to one year at a time and must be renewed each year by a licensed medical professional in order to maintain your pet's legal rights and status.

By enrolling in one of our simple renewal service options, we will ensure your pet is always legally recognized as an Official ESA without ever having a gap in coverage. As a benefit of this important service, we will automatically renew your documents each year with a licensed medical professional in your state before they become expired.

And as a previous customer on automatic renewal, you may be eligible for a discounted renewal rate, billed yearly to the card on file. You may edit or cancel your pet's renewal service anytime with ease, but please note that expired documents take away your rights to legally refer to your pet as an Emotional Support Animal (ESA). By using expired documents, you can be fined or be subject to other penalties according to law. Just like driving with an expired driver's license, it is against the law.

You will be responsible for completing the Renewal Questionnaire at the end of each one-year term, which is required for renewal documents to be processed, and which you will receive via email prior to or after the payment of your automatic renewal is processed.

You may cancel your automatic renewal at any time prior to your billing date by emailing Support Pets at info@supportpets.com with your ESA number and the email address associated with your account.

### CAN-SPAM

We fully comply the "Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003" ("CAN-SPAM Act"). All emails, newsletters and correspondence received from us are intended to comply with CAN-SPAM. You can click to unsubscribe or opt-out of email communications by clicking unsubscribe. Please note, if you choose to unsubscribe we will be unable to send your ESA documentation and fulfill your order.

# Cookies

We employ the use of cookies. By using Support Pets's website you consent to the use of cookies in accordance with Support Pets's privacy policy. Most of the modern day interactive websites use cookies to enable us to retrieve user details for each visit. Cookies are used in some areas of our site to enable the functionality of this area and ease of use for those people visiting. Some of our affiliate / advertising partners may also use cookies. Unless otherwise stated, Support Pets and/or it's licensors own the intellectual property rights for all material on Support Pets. All intellectual property rights are reserved. You may view and/or print pages from https://www.supportpets.com for your own personal use subject to restrictions set in these terms and conditions.

**You must not:**

Republish material from https://www.supportpets.com Sell, rent or sub-license material from https://www.supportpets.com Reproduce, duplicate or copy material from https://www.supportpets.com Redistribute content from Support Pets (unless content is specifically made for redistribution).

This Agreement shall begin on the date hereof. Certain parts of this website offer the opportunity for users to post and exchange opinions, information, material and data ('Comments') in areas of the website. Support Pets does not screen, edit, publish or review Comments prior to their appearance on the website and Comments do not reflect the views or opinions of Support Pets, its agents or affiliates. Comments reflect the view and opinion of the person who posts such view or opinion. To the extent permitted by applicable laws Support Pets shall not be responsible or liable for the Comments or for any loss cost, liability, damages or expenses caused and or suffered as a result of any use of and/or posting of and/or appearance of the Comments on this website.

Support Pets reserves the right to monitor all Comments and to remove any Comments which it considers in its absolute discretion to be inappropriate, offensive or otherwise in breach of these Terms and Conditions.

You warrant and represent that:

You are entitled to post the Comments on our website and have all necessary licenses and consents to do so; The Comments do not infringe any intellectual property right, including without limitation copyright, patent or trademark, or other proprietary right of any third party;

The Comments do not contain any defamatory, libelous, offensive, indecent or otherwise unlawful material or material which is an invasion of privacy. The Comments will not be used to solicit or promote business or custom or present commercial activities or unlawful activity.

You hereby grant to Support Pets a non-exclusive royalty-free license to use, reproduce, edit and authorize others to use, reproduce and edit any of your Comments in any and all forms, formats or media.

## Hyperlinking to our Content

The following organizations may link to our Web site without prior written approval:

Government agencies; Search engines; News organizations; Online directory distributors when they list us in the directory may link to our Web site in the same manner as they hyperlink to the Web sites of other listed businesses; and System wide Accredited Businesses except soliciting non-profit organizations, charity shopping malls, and charity fundraising groups which may not hyperlink to our Web site. These organizations may link to our home page, to publications or to other Web site information so long as the link: (a) is not in any way misleading; (b) does not falsely imply sponsorship, endorsement or approval of the linking party and its products or services; and (c) fits within the context of the linking party's site.

We may consider and approve in our sole discretion other link requests from the following types of organizations: commonly-known consumer and/or business information sources such as Chambers of Commerce, American Automobile Association, AARP and Consumers Union;

dot.com community sites; associations or other groups representing charities, including charity giving sites, online directory distributors; internet portals; accounting, law and consulting firms whose primary clients are businesses; and educational institutions and trade associations.

We will approve link requests from these organizations if we determine that:

The link would not reflect unfavorably on us or our accredited businesses (for example, trade associations or other organizations representing inherently suspect types of business, such as work-at-home opportunities, shall not be allowed to link); (b)the organization does not have an unsatisfactory record with us; (c) the benefit to us from the visibility associated with the hyperlink outweighs the absence of; and (d) where the link is in the context of general resource information or is otherwise consistent with editorial content in a newsletter or similar product furthering the mission of the organization.

These organizations may link to our home page, to publications or to other Web site information so long as the link:

(a) is not in any way misleading; (b) does not falsely imply sponsorship, endorsement or approval of the linking party and its products or services; and (c) fits within the context of the linking party's site.

If you are among the organizations listed in paragraph 2 above and are interested in linking to our website, you must notify us by sending an e-mail to info@supportpets.com. Please include your name, your organization name, contact information (such as a phone number and/or e-mail address) as well as the URL of your site, a list of any URLs from which you intend to link to our Web site, and a list of the URL(s) on our site to which you would like to link. Allow 2-3 weeks for a response.

Approved organizations may hyperlink to our Web site as follows:

By use of our corporate name; or By use of the uniform resource locator (Web address) being linked to; or By use of any other description of our Web site or material being linked to that makes sense within the context and format of content on the linking party's site.

No use of Support Pets's logo or other artwork will be allowed for linking absent a trademark license agreement.

# Iframes

Without prior approval and express written permission, you may not create frames around our Web pages or use other techniques that alter in any way the visual presentation or appearance of our Web site.

# Reservation of Rights

We reserve the right at any time and in its sole discretion to request that you remove all links or any particular link to our Web site. You agree to immediately remove all links to our Web site upon such request. We also reserve the right to amend these terms and conditions and its linking policy at any time. By continuing to link to our Web site, you agree to be bound to and abide by these linking terms and conditions. Removal of links from our website If you find any link on our Web site or any linked web site objectionable for any reason, you may contact us about this. We will consider requests to remove links but will have no obligation to do so or to respond directly to you. Whilst we endeavor to ensure that the information on this website is correct, we do not warrant its completeness or accuracy; nor do we commit to ensuring that the website remains available or that the material on the website is kept up to date.

Content Liability We shall have no responsibility or liability for any content appearing on your Web site. You agree to indemnify and defend us against all claims arising out of or based upon your Website. No link(s) may appear on any page on your Web site or within any context containing content or materials that may be interpreted as libelous, obscene or criminal, or which infringes, otherwise violates, or advocates the infringement or other violation of, any third party rights.

## Indemnification

You understand and acknowledge that you assume all risks such as emotional and physiological related to accessing the Company: website, services, content, employees, agents, doctors, therapists or other. You hereby hold the Company and any of its third parties harmless and waive all rights with respect to claims that are unknown or unsuspected. You hereby indemnify the company and all of its third parties for any and all claims that you or a property may suffer out of or in connection with the website or website content or use therein. Company reserves the right at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify us, and you agree to cooperate with our defense of these claims. You agree that in the event you incur any damages, losses, injuries or death that you have no rights to pursue the Company for damages or to enjoin or restrain the Company from conducting or further developing its business.

## Money back guarantee and refunds

You will be provided a full 100% money back refund on your ESA request if you are denied by the doctor and /or mental health provider for any reason and we will even cover the full cost of Doctor / Mental health provider evaluation fee on your behalf. Refunds on denials are automatically processed by our system back to your original payment method within 30 business days of your purchase.

If your ESA order has already been approved and you are seeking a refund within 30 days of your purchase, you may be eligible for a full refund on your ESA documents. If you were mailed a hard copy of your ESA documents, you must mail them back to our processing department in order to receive your refund. See below for information on how to contact our support department for refund requests.

Non-custom Items like pet tags, leashes, vests and all other physical goods can be returned for a full refund within 30 days of your purchase. These item(s) must be returned back to our processing department in brand new, unused condition and returned with its original packaging to provide your refund or exchange. The customer is responsible for shipping costs on all returns and exchanges.

Customized ID cards and/or printed certificates cannot be returned or exchanged.

In the unlikely event you are denied housing or travel accommodations with your pet due to a claim that your ESA letter is not valid, we will provide you with the informational resources to assist you. We cannot control entities that refuse to follow federally mandated guidelines to accept your ESA letter and therefore cannot offer a refund should that happen in those rare occasions.

**This refund policy does not apply to the Support Pets Plus membership program.**

For all refund requests, please visit www.supportpets.com/refunds & submit the refund request form.

## Data Sharing with Third Parties for Service Fulfillment:

To deliver the full features included in the *Deluxe Bundle and Support Pets Plus*, Support Pets shares limited customer information—such as your name, email address, and pet details—with GeniusTag, a trusted third-party service provider. This data is shared solely to fulfill your purchase and enable related features, in compliance with applicable privacy laws, including the California Consumer Privacy Act (CCPA) and similar state and federal regulations.

GeniusTag is contractually bound to use this information only for the purposes of providing services on our behalf and is prohibited from using or disclosing it for any unrelated purposes. Support Pets does not sell or share your personal information for marketing or advertising purposes.

Support Pets remains responsible for safeguarding your information and requires all partners to maintain privacy and security standards consistent with ours. You may request access to, correction of, or deletion of your data at any time, as outlined in our Privacy Policy.

By purchasing these products, you acknowledge and consent to this limited data sharing.

- Cover a maximum of 2 pets
- Only available for dogs and cats
- Are provided by licensed doctors and / or mental health professionals
- Valid for up to 1 year maximum at a time.
- ESA letters can be renewed each year by the same or different doctor and/or health professional for up to an additional year for the price available at that time.
- ESA letters cover federal housing and travel laws. While we as a company are unable to enforce all entities to abide by these laws. We urge our customers to educate themselves on these rules so you can stand up for your rights that the federal government put in place to protect Emotional Support Animal owners.

## Telephone Consumer Protection Act (TCPA) Consent

By providing your mobile phone number (including via short code, web form, or checkbox) and opting in, you expressly consent to receive recurring automated and/or prerecorded voice calls and text messages (SMS/MMS) from Support Pets, LLC, its affiliates, or third-party service providers acting on its behalf. These may be sent using automatic telephone dialing systems (autodialers).

These communications may include:

1. Transactional or service-related messages (e.g., account updates, verification alerts, renewal and reminder notices)
2. Marketing or promotional messages (e.g., offers, discounts, pet care tips, or product announcements)

You acknowledge and agree that:

1. Your consent is not a condition of purchase or required to receive services.
2. Message and data rates may apply, based on your carrier and plan.
3. Message frequency may vary.
4. You may opt out of marketing messages at any time by replying **STOP**. After this, we will confirm your opt-out via a final message. Transactional or service-related messages may still be sent as permitted by law.
5. For assistance, reply **HELP** or contact us at info@supportpets.com.
6. Message delivery is subject to carrier availability, and Support Pets, LLC is not liable for delays or failures beyond our control.

Please review our Privacy Policy for details on how we collect, use, and protect personal data, including phone numbers.

These communications are subject to the Telephone Consumer Protection Act (TCPA) and related federal and state regulations. Any disputes arising under this clause will be resolved through binding arbitration in accordance with the Arbitration section of these Terms, and you waive any right to participate in class actions or class-wide arbitration.

## Other

1. Carriers are not liable for delayed or undelivered messages.
2. Mobile originator and opt-in will not be shared with third party companies.

## Disclaimer

To the maximum extent permitted by applicable law, we exclude all representations, warranties and conditions relating to our website and the use of this website (including, without limitation, any warranties implied by law in respect of satisfactory quality, fitness for purpose and/or the use of reasonable care and skill). Nothing in this disclaimer will:

limit or exclude our or your liability for death or personal injury resulting from negligence; limit or exclude our or your liability for fraud or fraudulent misrepresentation; limit any of our or your liabilities in any way that is not permitted under applicable law; or exclude any of our or your liabilities that may not be excluded under applicable law.

The limitations and exclusions of liability set out in this Section and elsewhere in this disclaimer: (a) are subject to the preceding paragraph; and (b) govern all liabilities arising under the disclaimer or in relation to the subject matter of this disclaimer, including liabilities arising in contract, in tort (including negligence) and for breach of statutory duty. To the extent that the website and the information and services on the website are provided free of charge, we will not be liable for any loss or damage of any nature.