**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMELIA GOVEN, individually and on behalf of all others similarly situated,

        Plaintiff,

  vs.

SUPPORT PETS LLC, a Florida Company,

        Defendant.

Case No. 1:26-cv-04226-AT

I, Carlos F. Ramirez, of full age, hereby declare:

1.      I am an attorney-at-law licensed to practice in the State of New York. I am a Partner at the firm Reese LLP ("Reese"), one of the law firms representing Plaintiff.

2.      I have factual knowledge regarding the procedural history in this matter and make this Declaration in Support of Plaintiff's Opposition to Defendant's Motion To Compel Arbitration (the "Opposition"). I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3.      Attached hereto as Exhibit A are Support Pets's Service Terms, that are available via a hyperlink labeled "Service Terms" at the bottom of its website's home page.

4.      The chart below shows some of the material differences between the Exhibit A Terms and the Published Terms, as each of the aforementioned Terms are defined in the Opposition.

| Provision | Hedmark Decl., Ex. A | Published Terms (supportpets.com/terms-conditions/) |
|---|---|---|
| Governing law | Florida | New York — "executed and performed in New York, New York" |
| Arbitration venue | Plaintiff may initiate only in Florida | AAA in New York, NY; claimant's county of residence |
| Arbitral rules | AAA Consumer Supplementary Procedures (<$75,000); Commercial Rules (≥$75,000) | AAA Commercial Rules; Mass Arbitration Rules at Defendant's election once 75 demands are pending against Support Pets |
| Delegation clause | "All issues shall be for the arbitrator to decide, including the scope of this Provision." | None |
| Condition precedent | Email to info@supportpets.com; 45-day cure period | Initial Dispute Notice via designated web form; Final Settlement Offer procedure |
| Opt-out trigger | 30 days from date user "first consent[s] to this Agreement" | 30 days from date user "first access[es] the Site" |
| Limitations period | None | One year from the event giving rise to the claim |
| Fee allocation | Defendant pays arbitration fees on written request; prevailing plaintiff recovers no more than 50% of fees | Fees and attorneys' fees shifted only if award exceeds Final Settlement Offer |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2026 in White Plains, New York.

By:  */s/ Carlos F. Ramirez*
CARLOS F. RAMIREZ

2

# EXHIBIT A

Order includes Free:
ESA Fastpass® ID & Televet Services



**Qualify
Instantly
Now!**

# Support Pets® Website Terms and Conditions

Thank you for visiting the Support Pets® website located at www.supportpets.com (the "Site").  The Site is an Internet property of Support Pets LLC ("Support Pets®" "we," "our" or "us").  The following Support Pets® Website Terms and Conditions ("Terms and Conditions") are inclusive of the Support Pets® Privacy Policy ("Privacy Policy"), the Support Pets® Frequently Asked Questions ("FAQ") and any and all other applicable operating rules, policies, price schedules and other supplemental terms and conditions or documents that may be published from time to time, which are expressly incorporated herein by reference (collectively, the "Agreement").

Each end-user visitor to the Site ("user," "you" or "your") agrees to the terms of the Agreement, in their entirety, when she/he: (a) accesses or uses the Site; (b) accesses and/or downloads any of the: (i) text, audio, video, photographs, graphics, artwork, testimonials, and/or other content featured on the Site related to Psychiatric Service Dogs ("PSDs"), Emotional Support Animals ("ESAs") and/or the Site Offerings, as defined below (collectively, "Informational Content"); and/or (ii) links to third party websites, products and/or services ("Third-Party Links," and together with the Informational Content, the "Content"); (c) accesses links to Support Pets'® social media pages/accounts (collectively, "Social Media Pages") on third-party social media websites, such as Facebook® and

Instagram® ("Social Media Websites"); (d) purchases any of the Support Pets® ESA and/or PSD-related products, services and/or certifications featured on the Site (collectively, "Support Pets® Products") including, without limitation, an ESA certification letter and associated documentation ("ESA Documentation") covering up to two (2) pets, which must be either cats or dogs ("Qualified Pets"); (e) submits her/his application to qualify for ESA Documentation from certain third-party licensed medical professionals (such as psychiatrists, psychologists, licensed clinical social workers, licensed marriage and family therapists, or primary-care doctors with mental-health experience) (collectively, "Third-Party Medical Professionals") that provide such review, and ESA Documentation, in connection with the Site Offerings ("ESA Documentation Review Services"); (f) registers to receive SMS text message alerts and offers from Support Pets® ("Mobile Message Service"), which contain updates and promotions associated with various Support Pets® Products (the Mobile Message Service is subject to the "Mobile Service Terms" set forth below); and/or (g) utilizes the various contact forms and/or contact information made available on the Site as a means to contact directly, or request to be contacted by, Support Pets® (collectively, the "Contact Services," and together with the Site, Content, Social Media Pages, Support Pets® Products, ESA Documentation Review Services and Mobile Message Service, the "Site Offerings").

**PLEASE REVIEW THE TERMS OF THE AGREEMENT CAREFULLY.  IF A USER DOES NOT AGREE WITH THE TERMS OF THE AGREEMENT IN THEIR ENTIRETY, THAT USER IS NOT AUTHORIZED TO USE THE SITE OFFERINGS IN ANY MANNER OR FORM.**

**THE AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF LIABILITY, RELEASES, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS THAT MAY ARISE HEREUNDER AGAINST SUPPORT PETS®, AS WELL AS ITS PARENT, SUBSIDIARIES, RELATED PARTIES, THIRD-PARTY MERCHANDISE PROVIDERS AND MARKETING PARTNERS (COLLECTIVELY, "COVERED PARTIES"), WHO ARE EXPRESS THIRD-PARTY BENEFICIARIES OF THE MANDATORY ARBITRATION PROVISION. THE AFOREMENTIONED PROVISIONS ARE AN ESSENTIAL BASIS OF THE AGREEMENT.**

**NEW JERSEY STATE RESIDENTS ARE ENCOURAGED TO REVIEW THEIR RIGHTS UNDER THE AGREEMENT, AS PROVIDED UNDER THE NEW JERSEY TRUTH-IN-CONSUMER CONTRACT WARRANTY AND NOTICE ACT ("TCCWNA").**

*Instagram® and Facebook® are registered trademarks of Meta Platforms, Inc. ("Meta"). Please be advised that Support Pets® is not in any way affiliated with Meta, nor are the Site Offerings endorsed, administered or sponsored by Meta.*

## Disclaimers

"Official ESA®," "Official Support Pets®" and "Official PSD® are registered trademarks of Support Pets®, and is used for branding purposes. Support Pets® and the Site Offerings: (a) have not been endorsed and/or approved by any governmental entity; and (b) are not affiliated, in any way, with any governmental entity.  Without limiting the foregoing, the Support Pets® Products are not required under any state or federal law, rule or regulation. Under current federal law, regulations, and guidance, pets legally qualify as ESAs only for persons who have an impairment substantially limiting one or more major life activities and who need an ESA for this impairment (not including impairments due to the current illegal use of drugs). For purposes of applicable law, ESA accommodations in connection with housing, waivers of no-pet policies and pet fees are only legally required for individuals who have qualifying disabilities. Many jurisdictions, including the State of Pennsylvania, consider it a criminal offense punishable by significant fines to falsely or fraudulently misrepresent the need for a service or emotional support animal in connection with seeking reasonable accommodations for housing. Please be advised that not all third parties and/or venues will recognize and honor the ESA Documentation that you obtain by and through the Site Offerings.

Support Pets® is not a mental health, psychiatric, medical or health services organization. The Site Offerings do not include, comprise or offer any: (i) mental health and/or psychiatric-related treatment, products and/or services; or (ii) form of medical advice, oversight, diagnosis, care or treatment including, but not limited to, psychological/psychiatric care or treatment.

Utilizing the Site Offerings is not a substitute for a visit and/or consultation with your regular healthcare professional and/or physician(s).  Do not disregard medical or professional advice or delay in seeking it because of information that you may have obtained by and/or through the Site Offerings.  The Site Offerings should only be used in conjunction with the guidance and care of your regular healthcare professional(s) and physician(s).  We strongly suggest that you seek the advice of your regular healthcare professional and physician(s) with any questions that you may have regarding a possible mental illness, mental disorder, addiction or other medical condition.  Information and

**statements regarding some of the products and/or services featured on the Site may not have been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure or prevent any mental health condition or disorder, or other medical condition.**

**Support Pets® does not recommend or endorse specific diagnostic or diagnostic criterion, physicians, clinicians, products, procedures, opinions, theories or any other medical-related information that may be made available by and/or through the Site Offerings including, without limitation, the Third-Party Medical Professionals.  Reliance on any information made available to you by and/or through the Site Offerings is solely at your own risk.  If you experience a medical emergency, call your doctor or emergency medical service provider immediately.**

**No licensed medical professional/patient relationship is created by contacting Support Pets® and/or submitting information to Support Pets®.**

## 1. Scope; Modification of Agreement.

The Agreement constitutes the entire and only agreement between users and Support Pets® with respect to users' use of the Site Offerings, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to same.  We may amend the Agreement from time to time in our sole discretion, without specific notice to you; *provided, however,* that: (a) any amendment or modification to the arbitration provisions, prohibition on class action provisions or any other provisions applicable to dispute resolution (collectively, "Dispute Resolution Provisions") shall not apply to any disputes incurred prior to the applicable amendment or modification; and (b) any amendment or modification to pricing and/or billing provisions ("Billing Provisions") shall not apply to any charges incurred prior to the applicable amendment or modification.  The latest Agreement will be posted on the Site, and you should review the Agreement prior to using the Site Offerings.  By your continued use of the Site Offerings, you hereby agree to comply with, and be bound by, all of the terms and conditions contained within the Agreement effective at that time (other than with respect to disputes arising prior to the amendment or modification of the Dispute Resolution Provisions, or charges incurred prior to the amendment or modification of the Billing Provisions, which shall be governed by the Dispute Resolution Provisions and/or Billing Provisions then in effect at the time of the subject dispute or incurred charges, as applicable).

## 2. Requirements; Termination of Access to the Site Offerings; Necessary Equipment.

The Site Offerings are available only to individuals who: (a) are over eighteen (18) years of age (or the applicable age of majority, if greater than eighteen (18) years of age in their jurisdictions of residence); and (b) can enter into legally binding contracts under applicable law (collectively, "Usage Requirements").  The Site Offerings are not intended for individuals who do not satisfy the Usage Requirements, including individuals under eighteen (18) years of age (or the applicable age of majority, if greater than eighteen (18) years of age in their jurisdictions of residence) and/or individuals who cannot enter into legally binding contracts under applicable law.  If a user does not satisfy the Usage Requirements in their entirety, that user does not have permission to access or use the Site Offerings.

To the extent permitted by applicable law, Support Pets® may terminate your right to access the Site Offerings at any time where you: (i) are in any way in breach of the Agreement; (ii) are engaged in any improper conduct in connection with the Site Offerings; and/or (iii) are, at any time, conducting any unauthorized commercial activity by or through your use of the Site Offerings.

You shall be responsible, at all times, for ensuring that you have an Internet connection, computer/mobile device, up-to-date Internet browser versions, a functioning e-mail account, applicable software, applicable hardware and/or other equipment necessary to access the Site Offerings.  Support Pets® does not guarantee the quality, speed or availability of the Internet connection associated with your mobile device and/or computer.  Support Pets® does not guarantee that the Site Offerings can be accessed: (A) on all mobile devices; (B) through all wireless service plans; (C) in connection with all Internet browsers; or (D) in all geographical areas.  Standard messaging, data and wireless access fees may apply to your use of the Site Offerings through your wireless device.  You are fully responsible for all such charges and Support Pets® has no liability or responsibility to you, whatsoever, for any such charges billed by your wireless carrier.

## 3. Registration Forms.

In order to purchase Support Pets® Products, obtain ESA Documentation and/or utilize certain Site Offerings, including the Contact Services, you may be required to submit one or more registration forms (each, a "Form").  The information that you must supply on the Form(s) may include, without limitation: (a) your full name; (b) your mailing/billing address;

(c) your e-mail address; (d) your telephone number; (e) your credit card information (where purchasing Support Pets® Products); (f) information pertaining to your pet(s); (g) information pertaining to the impairment and/or condition for which you may qualify for ESA Documentation covering up to two (2) of your pets; and/or (h) any other information requested by us on the applicable registration Form (collectively, "Registration Data"). You agree to provide true, accurate, current and complete Registration Data, as necessary, in order to maintain it in up to date and accurate fashion.

Support Pets'® use of Registration Data shall be governed by the Privacy Policy. For a copy of the Privacy Policy, please Click Here.

## 4. Purchasing Support Pets® Products.

You can purchase Support Pets® Products by and through the Site by completing the applicable Form and providing the requisite Registration Data. **UNLESS OTHERWISE INDICATED, ALL SALES ARE FINAL AND NON-REFUNDABLE.**

One-Time Purchase: Where you purchase Support Pets® Products in a one-time transaction, the Payment Method (as defined below) that you provide on the Form (or update at a later date) will be charged the amount listed on the Site for the subject Support Pets® Products, plus any applicable sales tax and shipping and handling charges. For purpose of the Agreement, "Payment Method" means your designated credit card, your Apple Pay® account, Klarna® account, PayPal® account, Google Pay® account or PayPal® account.

*Apple Pay® is a registered trademark of Apple, Inc. ("Apple"). Google Pay® is a registered trademark of Google, Inc. ("Google"). PayPal® is a registered trademark of PayPal, Inc. ("PayPal"). Please be advised that Support Pets® is not in any way affiliated with Apple, Google or PayPal, and the Site Offerings are not endorsed, administered or sponsored by Apple, Google or PayPal*.

Automatic Renewal Plans: Where you purchase Support Pets® Products in connection with an automatically renewing subscription model ("Automatic Renewal Plan"), and provide affirmative consent for same by checking an unchecked box dedicated to the Automatic Renewal Plan, your Payment Method will be charged the applicable one (1) time set-up fee, if any, as well as the amount for the subject Automatic Renewal Plan on a recurring basis for as long as that Automatic Renewal Program remains active (the "Recurring Fees"). We will provide you with a confirmation email upon registering for an Automatic Renewal Plan, with

renewal terms and cancellation options. We also provide clear information regarding pricing and billing frequency, renewal terms, and how to cancel Automatic Renewal Plans on the Site.

Such Recurring Fees will be charged in advance, and you acknowledge and agree that Support Pets® will not obtain any additional authorization from you for the applicable Automatic Renewal Plan's Recurring Fees; *provided, however,* that Support Pets® will provide notice to customers at least forty-five (45) days prior to the renewal of any annual Automatic Renewal Plan.  Every time that you accept delivery of the subject Support Pets® Products, you re-affirm that Support Pets® is authorized to charge your Payment Method and to have the Recurring Fees applied to same.

Cancellation:  If you wish to cancel an Automatic Renewal Plan, you may do so at any time by: (i) accessing your Support Pets account, selecting "Manage Your Subscription" and then selecting "Cancel Membership"; (ii) calling us at: (855) 700-PETS; or (iii) e-mailing us at: info@supportpets.com.  **Please be advised, all Automatic Renewal Plans must be cancelled prior to the applicable recurring billing date to avoid incurring charges for same. You shall not receive a pro-rata refund of your Automatic Renewal Plan fees for partial months or years, unless required by law.**

General Billing Terms:  You must promptly notify us if your Payment Method is cancelled or is no longer valid (e.g., due to loss or theft) or your Support Pets® Products shipment may be delayed or cancelled. Changes to such information can be made by contacting a customer care professional at: (855) 700-PETS or info@supportpets.com. If you participate in a Recurring Fee program using a credit card and your credit card fails to process for any reason, you agree that: (a) Support Pets® may contact you for alternate payment information via any phone number (including a cell phone number) or e-mail address provided by you; and (b) Support Pets® reserves the right to make additional attempts to charge the Payment Method.

The fees associated with your purchases will appear on your Payment Method statement through one or more of the following identifiers "SUPPORT PETS," "SUPPRTPET" or "SUPPORT PETS LLC".  All prices displayed on the Site are quoted in U.S. Dollars, are payable in U.S. Dollars and are valid and effective only in the United States.  Failure to use the Support Pets® Products does not constitute a basis for refusing to pay any of the associated charges.  Subject to the conditions set forth herein, you agree to be bound by the

Billing Provisions of Support Pets® in effect at any given time.  Upon reasonable prior notice to you (with Site-updates and/or e-mail sufficing), Support Pets® reserves the right to change its Billing Provisions whenever necessary, in its sole discretion.  Continued use of the Site and/or purchase of Support Pets® Products after receipt of such notice shall constitute consent to any and all such changes; *provided, however,* that any amendment or modification to the Billing Provisions shall not apply to any charges incurred prior to the applicable amendment or modification and any changes to the cost of the Support Pets® Products that are subject to an Automatic Renewal Plan will come with all legally required prior notice.

Electronic Signatures:  Support Pets'® authorization to provide and bill for the Support Pets® Products is obtained by way of your electronic signature or, where applicable, via physical signature and/or voice affirmation. Once an electronic signature is submitted, this electronic order constitutes an electronic letter of agency.  Support Pets'® reliance upon your electronic signature was specifically sanctioned and written into law when the Uniform Electronic Transactions Act and the Electronic Signatures in Global and National Transactions Act were enacted in 1999 and 2000, respectively (collectively, the "E-Sign Act").  Both laws specifically preempt all state laws that recognize only paper and handwritten signatures. Pursuant to any and all applicable statutes, regulations, rules, ordinances or other laws including, without limitation, the E-Sign Act and other similar state and federal statutes, YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS AND OTHER RECORDS AND TO ELECTRONIC DELIVERY OF NOTICES, POLICIES AND RECORDS OF TRANSACTIONS INITIATED OR COMPLETED THROUGH THE SITE OFFERINGS.  Further, you hereby waive any rights and/or requirements under any statutes, regulations, rules, ordinances or other law in any jurisdiction which requires an original signature or delivery or retention of non-electronic records, or to payments or the granting of credits by other than electronic means.  You acknowledge and agree that you have the ability to print information delivered to you electronically, or otherwise know how to store that information in a way that ensures that it remains accessible to you in unchanged form.

Restrictions; Incorrect Price Listings: You agree that: (a) any Support Pets® Products that you purchase from Support Pets® will be used for your personal, non-commercial use; and (b) you will not re-sell, re-distribute, or export any Support Pets® Products that you order from Support Pets®.  To the extent that your conduct may be fraudulent, such as attempting to purchase or purchasing Support Pets® Products through the use of fake or stolen

credit/debit cards or payment instruments, Support Pets® will report you to federal, state and/or local enforcement authorities and take any additional legal action deemed appropriate by Support Pets®.

In the event that a Support Pets® Product is listed at an incorrect price point due to a typographical error or technical issue, Support Pets® shall have the right to refuse or cancel any orders placed for that Support Pets® Product so listed at the incorrect price.  Support Pets® shall have the right to limit the number of Support Pets® Products purchased through the Site. Support Pets® shall have the right to refuse or cancel any order whether or not the order has been confirmed and your Payment Method charged. If your Payment Method has already been charged for the purchase and your order is canceled, Support Pets® shall immediately issue a credit to your Payment Method account in the amount of the charge.

## 5. Support Pets® Products.

The Support Pets® Products remain, at all times, subject to the disclaimers contained herein and on the Site.  Support Pets® attempts to be as accurate as possible when describing the Support Pets® Products.  However, Support Pets® does not warrant that the Support Pets® Product descriptions (or other Content contained on the Site) are accurate, complete, reliable, current or error-free.  If the Support Pets® Products offered on the Site are not as described, your sole remedy is to return the applicable Support Pets® Products. The specific features associated with the Support Pets® Products, including the Automatic Renewal Plans, may vary. We reserve the right to modify or discontinue Support Pets® Products benefits, pricing, services and/or other features at any time, in our sole discretion. If changes materially impact your Automatic Renewal Plan features, we will notify you in advance via email or through your account dashboard. Continued use of your Automatic Renewal Plan after such notice constitutes acceptance of the updated terms.

The Site contains Support Pets® Products inventory information.  This information can be used to estimate the likelihood that the applicable Support Pets® Products will be shipped immediately after you place your order.  Unfortunately, we cannot guarantee that Support Pets® Products listed as "in stock" will actually ship right away, as inventory can change significantly from day-to-day, and hour-to-hour.  In rare cases, Support Pets® Products may be in stock when you place your order and sold out by the time that your order is processed. Should this happen, we will notify you via email.  If for any reason we determine that backordered Support Pets® Products are no longer available, we will cancel your order, notify you immediately via email and provide you with a refund.

## 6.  ESA Documentation.

You may be able to qualify to receive ESA Documentation by and through the Site Offerings certifying that your Qualified Pet is an ESA if you meet the following criteria: (a) you are the owner of a Qualifying Pet; (b) you have been diagnosed with an emotional, psychological, or cognitive condition recognised by the Diagnostic and Statistical Manual of Mental Illnesses ("DSM-5") by a recognized and qualified medical health professional; and (c) a recognized and qualified medical health professional writes a letter detailing how your Qualified Pet helps with your condition. **Please be advised that: (i) each instance of ESA Documentation shall only be valid for a period of one (1) year, after which you must get the applicable ESA Documentation renewed; (ii) ESA Documentation is not a governmental certification and does not grant ADA public-access rights; (iii) ESA Documentation-branded tags, vests and ID cards are for convenience only and do not grant legal status; (v) not all third parties and/or venues will recognize and honor the ESA Documentation that you obtain by and through the Site Offerings; and (vi) ESA Documentation, as well as associated certificates, ID cards, tags, vests, leashes, and harnesses do not entitle the applicable owner of the Qualifying Pet to the rights and privileges accorded by law to a guide, signal, or service dog.**

In connection with the ESA Documentation Review Services, we will provide your ESA Documentation application to a Third-Party Medical Professional who participates in the Support Pets® network for approval or denial, as determined by the applicable Third-Party Medical Professional in her//his respective sole discretion. Any ESA Documentation obtained from a participating Third-Party Medical Professional shall contain that Third-Party Medical Professional's: (A) full name; (B) medical license number; (C) medical license type; (D) medical license issuing jurisdiction; and (E) medical license issuance date.  **Please be advised that Support Pets® does not itself provide the ESA Documentation, and the ultimate determination as to whether you qualify for ESA Documentation shall be made by the applicable Third-Party Medical Professional. You understand and agree that Support Pets® shall not be liable to you or any third party for any ESA Documentation rejection or other determination made by any Third-Party Medical Professional**.

*California Specific Rules*: For California residents, any ESA Documentation obtained from a Third-Party Medical Professional through the Site Offerings shall comply with the rules established by **California Health & Safety Code § 122318**, including the requirement that any Third-Party Medical Professional who provides ESA Documentation through the Site Offerings shall: (I) be a California-based Third-Party Medical Professional with an active and

valid license acting within the scope of her/his license in the jurisdiction; (II) have an established therapeutic relationship of at least thirty (30) days before issuing ESA Documentation to any potential ESA Documentation recipient; and (III) complete a clinical evaluation of the potential ESA Documentation recipient regarding the need for an ESA. **Please be advised that knowingly and fraudulently misrepresenting yourself as the owner or trainer of a Qualifying Pet is a misdemeanor violation of California Penal Code § 365.7.**

## 7.  Refund and Return Policy.

If your initial application for ESA Documentation is not approved for any reason, you shall be entitled to a full refund. Otherwise, all Automatic Renewal Plans must be cancelled prior to the applicable recurring billing date to avoid incurring charges for same. You shall not receive a pro-rata refund of your Automatic Renewal Plan fees for partial months or years, unless required by law.

If, for any reason, you are dissatisfied with any physical goods associated with your purchase of Support Pets® Product(s), you may return the Support Pets® Product(s) within thirty (30) days for a full refund, less shipping and handling; *provided, however,* that we: (a) only accept unused goods; and (b) will not accept returns of any customized Support Pets® Products (tags, certificates, printed materials, etc.) unless defective. If you have any questions, please contact us at info@supportpets.com.

## 8.  Support Pets® Access Guarantee.

As part of the Support Pets® Product offerings, you can purchase the "Support Pets® Access Guarantee" or "Red Carpet Guarantee" (collectively, the "Guarantee")  In connection with the Guarantee, Support Pets® will provide a partial refund for the cost of your ESA Documentation in the case that a Qualified Access Denial (as defined below) occurs during your Guarantee Coverage Period (as defined below).  Your "Guarantee Coverage Period" shall begin on the date that you are issued ESA Documentation from Support Pets® for the first time and end at 11:59pm Eastern Time on the date that is one (1) year after the Guarantee Coverage Period  commences.  A "Qualified Access Denial" refers to an event in which your Qualified Pet for which you obtained ESA Documentation is denied access to a covered location such as a: store, restaurant, hotel, taxi, rideshare, or other public transportation (not including airplanes and interstate trains or bus services); *provided, however,* that the following exceptions apply:

When an event location has a clearly-posted sign indicating that only service dogs are permitted on the premises at the time of the event, or when the subject Qualified Pet is behaving in an inappropriate, aggressive, threatening, or disruptive manner at the time of the event, being denied access to the event would not be considered a Qualified Access Denial. Only events that take place within the continental United States are eligible to be considered Qualified Access Denial events for purposes of the Guarantee.

The Guarantee does not cover the purchase price of the Guarantee or any additional items purchased with the ESA Documentation, such as certificates or physical documents that were mailed to you or any other physical or digital items purchased. The Guarantee only covers refunds for the purchase price of digital ESA Documentation. When the Guarantee is purchased at a discount or at no cost, the refund amount may be reduced by the difference between the amount paid for the Guarantee and the undiscounted price of the Guarantee, in order to cover the cost of the Guarantee.

## 9. Non-Endorsement; Passive Conduit.

(a) Support Pets® does not sponsor, recommend or endorse any Third-Party Medical Professional that is accessible by and through the ESA Documentation Review Services and/or other Site Offerings.  The ESA Documentation Review Services facilitate communication between users and Third-Party Medical Professionals.

(b) Support Pets® has no control over the quality of the services received from Third-Party Medical Professionals.   Support Pets® does not guarantee that users will successfully obtain ESA Documentation through use of the ESA Documentation Review Services and/or other Site Offerings. The determination of the need for mental health services and the choice of healthcare or substance abuse professional(s) and physician(s) are extremely important decisions and should not be based solely on advertisements, claims of expertise or rates offered by any Third-Party Medical Professional.   Support Pets® is not responsible for, and in no way endorses, any description or indication of specialization provided by any Third-Party Medical Professionals that are accessible through use of the ESA Documentation Review Services and/or other Site Offerings.   Support Pets® does not review and makes no representations as to the credentials, licensure or standing of any such Third-Party Medical Professionals.  users, and not Support Pets®, are solely responsible for assessing the competency, trustworthiness, honesty and integrity of all Third-Party Medical Professionals that such users come into contact with via the ESA Documentation Review Services and/or other Site Offerings.

(c) Support Pets® does not involve itself in the agreements arrived at by and between users and Third-Party Medical Professionals, or in the actual provision of treatment, products and/or services in connection with the relationships created thereby. Therefore, Support Pets® does not make any representations regarding the competency, trustworthiness, honesty, integrity and/or behavior of any such Third-Party Medical Professional.

## 10.  Mobile Message Service.

Where you register for the Mobile Message Service, and otherwise provide "prior express consent" within the meaning of the Telephone Consumer Protection Act (47 USC § 227), and its implementing regulations adopted by the Federal Communications Commission (47 CFR § 64.1200), as amended from time-to-time ("TCPA"), you consent to receive SMS messages, delivered via automated technology, from Support Pets® to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of purchase of any Support Pets® Products. The messages that you receive in connection with the Mobile Message Service shall consist of account updates, account notifications, promotional and personalized marketing text (e.g., SMS and MMS) messages.

You may receive a maximum of thirty (30) such SMS messages per calendar month; *provided, however,* that message frequency will vary. Support Pets® reserves the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. Support Pets® also reserves the right to change the short code or phone number from which messages are sent; *provided that* we will notify you when we do so. Standard message and data rates may apply to any SMS/text messages. Not all Mobile Devices may be supported, and our messages may not be deliverable, in all areas. Support Pets®, its service providers and the mobile carriers supported by the program are not liable for delayed or undelivered messages.

Text the keyword "STOP" to +215743, or in response to any text message that you receive from us, to cancel. After texting STOP," you will receive one (1) additional message confirming that your request has been processed. You may text "HELP" to +18333246570, or email us at: info@supportpets.com for help.  We shall not be liable for delayed or undelivered messages.

Participating Carriers: The following mobile carries are not liable for delayed or undelivered messages:

313, 316, 365 Wireless LLC, Aerialink, Altice (CSC Wireless), America Movil, Arctic Slope Telephone Association Cooperative, AT&T, Bandwidth, Blue Wireless, Brightlink, Bug Tussel Wireless LLC, Carolina West Wireless, Cellular South Inc., Comcast SMS Enabled, Copper Valley Wireless, Cordova Wireless, Cross Valiant Cellular Partnership, Cross Wireless, Custer Telephone Co-op (CTCI), Dish Network, East Kentucky Network, Enflick (TextNow), General Communication Inc., GigSky, GoTextMe, Google Voice, Ice Wireless, IT&E Overseas, Inland Cellular Telephone Company, Leaco Rural Telephone Company Inc., Liberty Mobile, Limitless Mobile, Metro by T-Mobile, New-Cell Inc., Nex-Tech Wireless, NTELOS Network, NTT Docomo Pacific, Number Access, Onvoy Spectrum, OTZ Communications, Panhandle Telecommunication Systems Inc., Pine Telephone Company, Pinger, Proximus Mobility, Public Service Cellular Inc., RINA (Rural Independent Network Association), RSA 1 LP, Sagebrush Cellular, Shelcomm, Smith Bagley, Southern Communications Services, Standing Rock Telecommunications, T-Mobile, T-Mobile US, Teleguam Holdings, Telnyx LLC, TextPlus, Thumb Cellular LP, Twilio, U.S. Cellular, UBET Wireless, Union Telephone Company, United Wireless, Unknown, Verizon Wireless, Viaero Wireless, Vitelcom Cellular Inc. and ZipWhip Non-Toll Free.

## 11.  Content.

The Site contains Content which includes, but is not limited to, text, audio, video, photographs, graphics, and other information about Support Pets® and/or the Support Pets® Products.  The Content is compiled, distributed and displayed by Support Pets®, as well as third-party content providers (collectively, "Third-Party Providers").  Support Pets® does not control the Content provided by Third-Party Providers that is made available by and through the Site Offerings.  Such Third-Party Providers are solely responsible for the accuracy, completeness, appropriateness and/or usefulness of such Content.  The Content should not necessarily be relied upon. **Reliance on any Content or other information made available to you by and through the Site Offerings is solely at your own risk.**  Support Pets® does not represent or warrant that the Content and other information posted by and through the Site Offerings is accurate, complete, up-to-date or appropriate.  You understand and agree that Support Pets® will not be responsible for, and Support Pets® undertakes no responsibility to monitor or otherwise police, Content provided by Third-Party Providers.  You agree that Support Pets® shall have no obligation and incur no liability to you in connection with any Content.  You may find certain Content to be outdated, harmful, inaccurate and/or deceptive.  Please use caution, common sense and safety when using the Content.  **The**

**Content is offered for informational purposes only and is at all times subject to the disclaimers contained herein and on the Site.**

## 12.  Social Media Pages.

The Site contains links to the various Support Pets® Social Media Pages.  The Social Media Pages are hosted and made available on third-party Social Media Websites by third-party entities.  Your use of Social Media Pages and Social Media Websites shall be governed by those Social Media Websites' applicable agreements, terms and conditions.  **You understand and agree that Support Pets® shall not be liable to you, any other user or any third-party for any claim in connection with your use of, or inability to use, the Social Media Pages and/or Social Media Websites.**

## 13.  Representations and Warranties.

Each user hereby represents and warrants to Support Pets® as follows: (a) the Agreement constitutes the legal, valid and binding obligation of user, which is fully enforceable against such user in accordance with its terms; (b) user understands and agrees that user has independently evaluated the desirability of utilizing the Site Offerings and that user has not relied on any representation and/or warranty other than those set forth in the Agreement; (c) user has not and will not misrepresent herself/himself as the owner or trainer of a Qualifying Pet; and (d) the execution, delivery and performance of the Agreement by user will not conflict with or violate: (i) any applicable law; (ii) any order, judgment or decree applicable to user; and/or (iii) any agreement or other instrument applicable to user.

## 14.  Indemnification.

Each user agrees to indemnify, defend and hold Support Pets®, its officers, directors, members, employees, agents and attorneys, harmless from and against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and/or expenses (including reasonable attorneys' fees, court costs and/or settlement costs) arising from and/or related to: (a) any dispute between that user and any third parties; (b) that user's breach of the Agreement and/or any representation or warranty contained herein; and/or (c) that user's unauthorized and/or improper use of the Site Offerings.  The provisions of this Section 14 are for the benefit of Support Pets®, its parent, subsidiaries and/or affiliates, and each of their respective officers, directors, members, shareholders, employees, agents, shareholders, licensors, suppliers and/or attorneys.  Each of these

individuals and entities shall have the right to assert and enforce these provisions directly against users on its own behalf.

## 15.  License Grant.

Each user is granted a non-exclusive, non-transferable, revocable and limited license to access and use the Site Offerings.  Support Pets® may terminate this license at any time for any reason.  Unless otherwise expressly authorized by Support Pets®, users may only use the Site Offerings for their own personal, non-commercial use.  No part of the Site Offerings may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical.  No user or other third party may use any automated means or form of scraping or data extraction to access, query or otherwise collect material from the Site Offerings except as expressly permitted by Support Pets®.  No user or other third party may use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Site Offerings, or any portion thereof.  No user or other third party may create any "derivative works" by altering any aspect of the Site Offerings.  No user or other third party may use the Site Offerings in conjunction with any other third-party content.  No user or other third party may exploit any aspect of the Site Offerings for any commercial purposes not expressly permitted by Support Pets®.  Each user further agrees to indemnify and hold Support Pets® harmless for that user's failure to comply with this Section 15.  Support Pets® reserves any rights not explicitly granted in the Agreement.

## 16.  Proprietary Rights.

The Site Offerings, as well as the organization, graphics, design, compilation, magnetic translation, digital conversion, software, services and other matters related to same, are protected under applicable copyrights, trademarks and other proprietary (including, but not limited to, intellectual property) rights.  The copying, redistribution or publication by any user or other third party of any part of the Site Offerings is strictly prohibited.  No user or other third party acquires ownership rights in or to any content, document, software, services or other materials viewed by or through the Site Offerings.  The posting of information or material by and through the Site Offerings does not constitute a waiver of any right in or to such information and/or materials.  The "Support Pets," "Official ESA," "Official Support Pets" and "Official PSD" names and logos, and all associated graphics, icons and service names, are registered trademarks of Support Pets LLC.  The use of any trademark without the applicable trademark owner's express written consent is strictly prohibited.

## 17.  Legal Warning.

Any attempt by any individual to damage, destroy, tamper with, vandalize and/or otherwise interfere with the operation of the Site Offerings is a violation of criminal and civil law and Support Pets® will diligently pursue any and all remedies against any offending individual or entity to the fullest extent permissible by law and in equity.

## 18. Disclaimer of Warranties.

THE SITE OFFERINGS AND THE OTHER PRODUCTS AND SERVICES OFFERED BY AND THROUGH SAME ARE PROVIDED TO USERS ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND FITNESS FOR A PARTICULAR PURPOSE).  IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, SUPPORT PETS® MAKES NO WARRANTY THAT THE SITE OFFERINGS AND THE OTHER PRODUCTS AND SERVICES OFFERED BY AND THROUGH SAME: (A) WILL, AS APPLICABLE, MEET ANY USER'S REQUIREMENTS; (B) WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED; (C) WILL BE FREE OF HARMFUL COMPONENTS; (D) WILL RESULT IN YOU OBTAINING ESA DOCUMENTATION UNDER ANY CIRCUMSTANCES AND/OR THAT THE ESA DOCUMENTATION WILL BE RECOGNIZED AND/OR HONORED BY ALL THIRD PARTIES AND VENUES; (E) WILL RESULT IN ANY SPECIFIC MEDICAL BENEFIT OR OTHER HEALTH-RELATED OUTCOME IN CONNECTION WITH YOUR QUALIFYING PET; AND/OR (F) WILL BE ACCURATE OR RELIABLE.  THE SITE OFFERINGS AND THE OTHER PRODUCTS AND SERVICES OFFERED BY AND THROUGH SAME MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS.  SUPPORT PETS® WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE SITE OFFERINGS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY ANY USER FROM SUPPORT PETS® OR OTHERWISE THROUGH OR FROM THE SITE OFFERINGS SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE AGREEMENT.

## 19. Limitation of Liability.

EACH USER EXPRESSLY UNDERSTANDS AND AGREES THAT SUPPORT PETS® SHALL NOT BE LIABLE TO THAT USER OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT

LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF SUPPORT PETS® HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR INABILITY TO USE THE SITE OFFERINGS AND THE OTHER PRODUCTS AND SERVICES OFFERED BY AND THROUGH SAME; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, CONTENT AND THE OTHER PRODUCTS OR SERVICES PURCHASED OR OBTAINED FROM OR THROUGH THE SITE OFFERINGS; (C) ANY DISPUTE BETWEEN ANY USERS AND THIRD PARTIES; (D) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, ANY REGISTRATION DATA, ACCOUNT AND/OR OTHER PERSONALLY IDENTIFIABLE OR NON-PERSONALLY IDENTIFIABLE INFORMATION THAT WAS COLLECTED BY AND/OR THROUGH THE SITE, OR OTHER SITE OFFERINGS INCLUDING, WITHOUT LIMITATION, SEARCH TERMS ENTERED ON THE SITE, WEBSITE REFERRERS, DEVICE TYPES (DESKTOP, MOBILE, TABLET, ETC.), BROWSER TYPES, SITE PAGES VISITED, TIME SPENT ON EACH SITE PAGE, NAVIGATION PATH THROUGH THE SITE, AND/OR ANY ACTION TAKEN ON THE SITE, INCLUDING CLICKS, DOWNLOADS, PURCHASES, FORM SUBMISSIONS AND ADD TO CART/ABANDONED CART ACTIONS; (E) THE FAILURE TO OBTAIN ESA DOCUMENTATION UNDER ANY CIRCUMSTANCES; (F) THE REFUSAL OF ANY THIRD PARTY(IES) AND/OR VENUE(S) TO RECOGNIZE AND/OR HONOR THE ESA DOCUMENTATION THAT YOU OBTAIN BY AND THROUGH THE SITE OFFERINGS; (G) THE FAILURE TO REALIZE ANY SPECIFIC MEDICAL BENEFIT OR OTHER HEALTH-RELATED OUTCOME IN CONNECTION WITH YOUR QUALIFYING PET; AND/OR (H) THE OTHER MATTER RELATING TO THE SITE OFFERINGS AND THE OTHER PRODUCTS AND SERVICES OFFERED BY AND THROUGH SAME.  THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, IN THE AGGREGATE INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATION AND ANY AND ALL OTHER TORTS.  EACH USER HEREBY RELEASES SUPPORT PETS® FROM ANY AND ALL OBLIGATIONS, LIABILITIES AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREIN.  IF APPLICABLE LAW DOES NOT PERMIT SUCH LIMITATIONS, THE MAXIMUM LIABILITY OF SUPPORT PETS® TO ANY USER UNDER ANY AND ALL CIRCUMSTANCES WILL BE ONE THOUSAND DOLLARS ($1,000.00).  **NO ACTION, REGARDLESS OF FORM, ARISING OUT OF AND/OR RELATED TO THE SITE OFFERINGS OR THE OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND THROUGH SAME, MAY BE BROUGHT BY ANY USER OR SUPPORT PETS® MORE THAN ONE (1) YEAR FOLLOWING THE EVENT WHICH GAVE RISE TO THE SUBJECT CAUSE OF ACTION.**  THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN EACH USER AND SUPPORT PETS®.  ACCESS TO THE SITE

OFFERINGS WOULD NOT BE PROVIDED TO USERS WITHOUT SUCH LIMITATIONS.  SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS THE LIABILITY OF SUPPORT PETS® SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 20. Third Party Websites.

The Site Offerings contain links to other websites on the Internet that are owned and operated by third parties including, without limitation, the Social Media Websites.  Support Pets® does not control the information, products or services made available on, by or through these third-party websites.  The inclusion of any link does not imply endorsement by Support Pets® of the applicable website or any association with the website's operators.  Because Support Pets® has no control over such websites and/or resources, each user agrees that Support Pets® is not responsible or liable for the availability or the operation of such external websites, for any material located on or available from or through any such websites or for the protection of any user's data privacy by third parties.  Each user further agrees that Support Pets® shall not be responsible or liable, directly or indirectly, for any loss or damage caused by the use of or reliance on any such material available on, by or through any such site.

## 21.  Editing, Deleting and Modification.

Support Pets® reserves the right, in its sole discretion, to edit and/or delete any documents, information or Content appearing on the Site.

## 22.  Use of Registration Data.

All material submitted by users through or in association with the Site Offerings including, without limitation, the Registration Data, shall be subject to the Privacy Policy.  For a copy of the Privacy Policy, please Click Here.

## 23.  Dispute Resolution Provisions.

The Agreement shall be treated as though it were executed and performed in New York, New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). **The parties (and Covered Parties) hereby agree to arbitrate all claims that may arise under the Agreement. Without limiting the foregoing, should a dispute arise between you and either Support Pets® or any**

Covered Party concerning the Site Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) each party agrees to submit their dispute for resolution by arbitration the American Arbitration Association ("AAA") in New York, NY, in accordance with the then current Commercial Arbitration rules of the AAA; *provided, however,* that Support Pets® reserves the right to require that any and all user claims be combined and conducted under the AAA Mass Arbitration Rules where there are seventy-five (75) or more arbitration demands pending against Support Pets® that are similar to the demand for arbitration submitted by you; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice which can be found here. The applicable Covered Party(ies) named in the arbitration proceeding (collectively, the "Named Parties") may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If the Named Party(ies) provide(s) you with a Final Settlement Offer and you do not accept it, or the applicable Named Party(ies) cannot otherwise satisfactorily resolve your dispute and you wish to proceed, you must submit your dispute for resolution by arbitration before the AAA, in your county of residence, by filing a separate Demand for Arbitration, which is available here.  For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than the applicable Final Settlement Offer, then the applicable Named Party(ies) will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, the applicable Named Party(ies) will reimburse any reasonable attorneys' fees that your attorney accrued for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Although the Named Parties may have a right to an award of attorneys' fees and expenses if they prevail in arbitration, the Named Parties will not seek such an award from you unless the arbitrator determines that your claim was frivolous.

To the extent permitted by law, and other than where Support Pets® requires same as set forth above, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against Support Pets®, any Covered Party(ies), and/or their respective employees, officers, directors, members, representatives and/or assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that Support Pets® and/or the applicable Named Party(ies) incur(s) in

**seeking such relief. This provision prevents you from bringing, joining or participating in class action lawsuits: (i) does not constitute a waiver of any of your rights or remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and (ii) is an independent agreement. You may opt-out of these dispute resolution provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Site.**

## 24.  California User Consumer Rights.

In accordance with Cal. Civ. Code Sec. 1789.3, California State resident users may file grievances and complaints with the California Department of Consumer Affairs, 400 R Street, Ste. 1080, Sacramento, CA 95814; or by phone at 916-445-1254 or 800-952-5210; or by email to dca@dca.ca.gov.

## 25. Miscellaneous.

To the extent that anything in or associated with the Site Offerings is in conflict or inconsistent with the Agreement, the Agreement shall take precedence.  Support Pets'® failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision.  The parties do not intend that any agency or partnership relationship be created through operation of the Agreement.  Should any part of the Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect.  Support Pets® may assign its rights and obligations under the Agreement, in whole or in part, to any party at any time without notice to you. The Agreement may not, however, be assigned by you, and you may not delegate your duties under it.  Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

## 26.  Contact Us.

If you have any questions about the Agreement, Site Offerings or the practices of Support Pets®, you may utilize the contact methods made available on the Site, or you can e-mail us at: info@supportpets.com; call us at: (855) 700-PETS; or send us U.S. Mail to: Support Pets LLC, 78 SW 7th Street, Floor 5, Miami, FL 33130.

## Real support for you and the pet who supports you.

Clinician-signed ESA & PSD letters, plus optional 24/7 online vet access and training.

**Get Started**



### Emotional Support Animals

What is an ESA

ESA Renewal

### Housing

Pet Housing Rights

Fair Housing Act (FHA)

### Resources

Login

Qualification Guides

Member Rewards

Blog

Help & Support

### About

Our Story

Contact Us

Refer-a-Friend





---

© 2026 – Support Pets – All rights reserved

Official ESA® and Official PSD® are registered trademarks of Support Pets used for branding purposes only and does not imply endorsement, approval, or recognition by any government agency. References to ESA housing documentation reflect documentation that may support a request for reasonable housing accommodation under applicable law and are not guarantees of approval or outcome. Purchase of an evaluation or documentation service does not guarantee approval, eligibility, or issuance of an ESA letter. Any promotional savings offers are subject to terms and may change.

Service dog vests, ID cards, and other gear are optional accessories and do not grant or establish legal service animal status or public access rights.

Under current applicable federal law, regulations, and guidance, pets legally qualify as emotional support animals (ESA) only for persons who have an impairment substantially limiting one or more major life activities and who need an ESA for their disability (not including impairments due to the current illegal use of drugs). A dog qualifies as a psychiatric service dog (PSD) only when the handler has a disability that substantially limits one or more major life activities under the ADA, and the dog is trained to perform specific tasks directly related to that disability.

For purposes of reasonable accommodations in terms of housing, waivers of no-pet policies and pet fees are only legally required for individuals who have qualifying disabilities. Many states, including Arizona, California, Colorado, Florida, Maine, Michigan, Pennsylvania, Texas, Virginia and others, make it a criminal offense punishable by significant fines to falsely or fraudulently misrepresent the need for a service or emotional support animal in connection with seeking reasonable accommodations in terms of housing. Under Section 365.7 of the California Penal Code, knowingly misrepresenting an animal as a service dog is a misdemeanor.

Certain states have specific timing requirements related to housing-related ESA letters. For example, California, Iowa, and Montana require that a state-licensed mental health professional maintain an established therapeutic relationship with a client for at least 30 days, consistent with an ongoing therapeutic relationship, before an ESA letter may be legally issued, if clinically appropriate. These requirements apply specifically to housing-related ESA documentation.

Terms of Service   Privacy Policy   Contact   Accessibility   Your Privacy Choices

Case 1:26-cv-04226-AT     Document 15-1     Filed 07/24/26     Page 26 of 26

Terms of Service   Privacy Policy   Contact   Accessibility   Your Privacy Choices