**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMELIA GOVEN, individually and on behalf of all others similarly situated, | Case No. 1:26-cv-04226 |
| Plaintiff, | |
| vs. | |
| SUPPORT PETS LLC, a Florida Company, | |
| Defendant. | |

## DECLARATION OF NICOLE HEDMARK

Pursuant to 28 U.S.C. § 1746, I, Nicole Hedmark, declare as follows:

1. I am the Vice President of Operations for Support Pets, LLC ("Support Pets"). I previously submitted a Declaration dated July 10, 2026 in support of Support Pets' Motion to Compel Arbitration (the "Original Declaration"). I submit this Declaration in further support of that motion and in response to matters raised in Plaintiff's opposition to the Motion, including the in the Declaration of Carlos F. Ramirez dated July 24, 2026 ("Ramirez Decl."). I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called upon to testify to those facts I could and would competently do so.

2. I have reviewed the Ramirez Declaration and the document annexed as Exhibit A thereto (the "Current Terms"), which Mr. Ramirez states at paragraph that he retrieved on or about July 24, 2026 by navigating to the footer of Support Pets' homepage and clicking a hyperlink labeled "Terms of Service."

3. The document annexed as Exhibit A to my Original Declaration was the version of Support Pets' Website terms and conditions in effect on April 13, 2026 and April 14, 2026 (the "Govan Terms"), the dates on which Support Pets' records indicate that Amelia Govan visited

the Website, completed the questionnaire, submitted her email address and telephone number, and completed her purchase, as described in paragraphs 6 through 9 of my Original Declaration.

4.    Support Pets revised and updated its Website terms and conditions and published that updated set of terms and conditions on the Website on June 17, 2026. The Current Terms annexed to the Ramirez Declaration are the terms and conditions which were published on July 17, 2026, and which are the terms and conditions currently accessible on Support Pets Website.

5.    The Current Terms were not in effect at the time of, and were not presented to, Amelia Govan during her April 13–14, 2026 visits to the Website.  As a result, Amelia Goven would not have been presented with, or agreed to, the Current Terms during those visits because the Current Terms had not yet been published on the Website.

6.    The images embedded into paragraphs 6 and 8 of my Original Declaration were captured by a Support Pets employee who accessed the dashboard of a third-party platform on which Support Pets' questionnaire and checkout process runs. The third-party platform records a user's website activities – what they clicked, viewed, and entered – in real time as a user moves through that process. The platform has a playback functionality ("session replay") which reconstructs into a visual, screen-by-screen recreation. what the user saw and what they did while interacting with Support Pets' website. It is from this playback functionality that Support Pets was able to identify the specific webpages that Amelia Goven was presented with during her website interactions on April 13 and April 14, 2026, which webpages were then captured, clipped, and embedded as images into the Original Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Miami, Florida on July 31, 2026

Nicole Hedmark
NICOLE HEDMARK

**Signature:** *Nicole Hedmark*

**Email:** nicole@supportpets.com