UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMELIA GOVEN, individually and on behalf of
all others similarly situated,

                           Plaintiff,

          -against-

SUPPORT PETS LLC, a Florida Company,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/5/2026_____

26 Civ. 4226 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 4, 2026, the parties submitted their joint letter and proposed case management plan. ECF No. 19. Defendant's "position [is] that discovery should not begin until after a ruling has been made on the Motion to Compel Arbitration." *Id.* at 2. Plaintiff did not articulate her position. Accordingly, by **August 14, 2026**, Plaintiff shall submit a brief letter stating whether she opposes Defendant's request to stay discovery pending the Court's ruling on Defendant's motion to compel arbitration filed at ECF No. 12. If Plaintiff opposes the request, Plaintiff shall identify the legal basis for her opposition.

       SO ORDERED.

Dated: August 5, 2026
       New York, New York

                                        ANALISA TORRES
                           United States District Judge