USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _8/18/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMELIA GOVEN, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

SUPPORT PETS LLC, a Florida Company,

Defendant.

26 Civ. 4226 (AT) (SLC)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Sarah L. Cave for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | **General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | **Specific Non-Dispositive Motion/Dispute**<br><br>**ECF Nos. 12-17 (motion to compel arbitration)**<br><br>**ECF Nos. 19, 21 (dispute over whether to stay discovery pending order on motion to compel arbitration)** | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>__________________________ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated: August 18, 2026
New York, New York

ANALISA TORRES
United States District Judge