**Order includes Free:**
ESA Fastpass® ID & Televet Services

Support Pets

What is an ESA? | Who Qualifies? | ESA Laws | Prices | **Click To Get Started**

# Live With Your Pet - Even in No-Pet Housing

Cited in govern v Support Pets Inc LLC
26CV4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

## See if your pet qualifies as an Official ESA® & PSD—never leave them behind.

### Select Your Pet to Get Started

- I have a Dog
- I have a Cat

afe GU TEED
9/4/2026

I have Both

Official ESA® is an exclusive trademark. Not a government endorsement.

## What Is An Emotional Support Animal (ESA)




An Emotional Support Animal (ESA) provides emotional, mental, or psychological support for a person when needed to meet life's challenges.

Support Pets helps your dog or cat to be recognized as an Emotional Support Animal (ESA) when needed as a reasonable accommodation for a substantially limiting emotional disorder.

Cited in Joven v. Support Pets Inc LLC
26CV4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

afe
GU TEED
9/4/2026

ACCREDITED BUSINESS Rating A

The Official ESA® makes it easier to bring your pet more places.

The law may allow you to rent & live with your pet anywhere, even if they have a “No Pets” Policy.

The law may allow you to save money by eliminating costly pet deposits and fees.

When you need them most, have them by your side.

Cited in Joven v Support Pets Inc LLC 26Civ4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright. Further reproduction is prohibited without permission.

afe
GU TEED
9/4/2026

# The Official ESA®: Trusted by Pet Parents Everywhere

With the Support Pets' Official ESA®, take your pet with you almost anywhere (with confidence).

**ered in as little as 24 hours**

**Protected Under Fair Ho**

Cited in goven v Support Pets Inc LLC
26Civ4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.




**ealthcare professio**

**The law may allow you to save money on pet fees and pet deposits**

**access to more places**

**The law may exempt yo**

afe
GU TEED
9/4/2026

Click To Get Started

## Protect Your Fur Baby As An Official ESA® In 3 Easy Steps




### Take the Free Eligibilitiy Quiz

Answer a few quick questions about you and your pet. It only takes a few minutes to complete.



### Get Approved by a Healthcare Professional

A licensed health professional in your state will review your submission through our easy, online process




### Get Your Documents Once Approved

Once your evaluation is complete, your official documentation and full protection benefits will be delivered in as soon as 24 hours

Click To Get Started

Cited in Goven v Support Pets Inc LLC
26Civ4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

9/4/2026

# Official ESA® Protection Coverage

Support Pets' Official ESA® Protection Coverage ensures your fur baby is always by your side




Each request is independently reviewed by a licensed healthcare professional in your state. If you're not approved, you're refunded in full.




If you find a lower price of the Official ESA®, it will be matched up to $100




All returns, refunds, shipping, etc are independently guaranteed.

Cited in goven v. Support Pets Inc LLC
26Civ4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

# Official ESA®'s Love Their Freedom

h my depression."

"I am so thankful to have my ESA pet with me. It makes me

lly with me because she makes me laugh and lowers my stress level!"

"It help

y ESA with me helps me with my grief and anxiety"

"Being able to have my ES

and stress knowing I don't have to leave my Lexi behind."

"I love my ESA so

Cited in goven v. Support Pets Inc LLC
26Civ4226 Decided 9/1/26
Archived on 9/1/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Popular Questions About The Official ESA®

**Can I take my pet anywhere?**

**How does the ESA process work?**

afe GU TEED 9/4/2026

### Is the Official ESA® from a real doctor?

### What federal and state laws protect my Official ESA®?

### How does the Official ESA® protect me from housing policies?

Cited in goven v Support Pets Inc LLC
26Civ4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

### What if I don't get approved for an Official ESA®?

### What is the difference between an ESA and a PSD?



### Can my dog become a psychiatric service dog?

9/4/2026

# Ready to See if You May Qualify for an Official ESA®?

Take the first step toward emotional support and better housing options. Our free eligibility quiz takes only a few minutes—it's fast, simple, and fully online.

Click To Get Started

Cited in goven v Support Pets Inc LLC
26Civ4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Real support for you and the pet who supports you.

Clinician-signed ESA & PSD letters, plus optional 24/7 online vet access and training.

Get Started

**Emotional Support Animals**

What is an ESA

ESA Renewal

**Housing**

Pet Housing Rights

Fair Housing Act (FHA)

**Resources**

Login

Qualification Guides

Member Rewards

Blog

Help & Support

**About**

Our Story

Contact Us

Refer-a-Friend

afe
GU TEED
9/4/2026



© 2026 - Support Pets - All rights reserved

Official ESA® and Official PSD® are registered trademarks of Support Pets used for branding purposes only and does not imply endorsement, approval, or recognition by any government agency. References to ESA housing documentation reflect documentation that may support a request for reasonable housing accommodation under applicable law and are not guarantees of approval or outcome. Purchase of an evaluation or documentation service does not guarantee approval, eligibility, or issuance of an ESA letter. Any promotional savings offers are subject to terms and may change.

Service dog vests, ID cards, and other gear are optional accessories and do not grant or establish legal service animal status or public access rights.

Under current applicable federal law, regulations, and guidance, pets legally qualify as emotional support animals (ESA) only for persons who have an impairment substantially limiting one or more major life activities and who need an ESA for their disability (not including impairments due to the current illegal use of drugs). A dog qualifies as a psychiatric service dog (PSD) only when the handler has a disability that substantially limits one or more major life activities under the ADA, and the dog is trained to perform specific tasks directly related to that disability.

For purposes of reasonable accommodations in terms of housing, waivers of no-pet policies and pet fees are only legally required for individuals who have qualifying disabilities. Many states, including Arizona, California, Colorado, Florida, Maine, Michigan, Pennsylvania, Texas, Virginia and others, make it a criminal offense punishable by significant fines to falsely or fraudulently misrepresent the need for a service or emotional support animal in connection with seeking reasonable accommodations in terms of housing. Under Section 365.7 of the California Penal Code, knowingly misrepresenting an animal as a service dog is a misdemeanor.

Certain states have specific timing requirements related to housing-related ESA letters. For example, California, Iowa, and Montana require that a state-licensed mental health professional maintain an established therapeutic relationship with a client for at least 30 days, consistent with an ongoing therapeutic relationship, before an ESA letter may be legally issued, if clinically appropriate. These requirements apply specifically to housing-related ESA documentation.

Cited in govern v. Support Pets Inc LLC
26-Civ-4226 Decided 9/1/26
Archived on 9/3/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Terms of Service | Privacy Policy | Contact Support | Accessibility | Your Privacy Choices